The application of the above-named defendant for a review of the sentence of 100 years for Conspiracy to Deliberate Homicide imposed on July 27, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Brant Light, Deputy County Attorney from the Cascade County for appearing before the Sentence Review Board.

We wish to thank Gregg Smith of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Ravalli, STATE OF MONTANA, Plaintiff vs. RAYMOND LAWRENCE OLSEN, Defendant.

DECISION

No. DC-81-29

The application of the above-named defendant for a review of the sentence for Count I, Aggravated Kidnaping, 10 years; Count II, Sexual Assault, 15 years; sentences to run consecutively; and a recommendation that prior to release, the Defendant be afforded the opportunity of receiving inpatient care at a sex offender program; DANGEROUS DESIGNATION, imposed on September 24, 1981, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

This Court would strongly recommend that the administrative authorities at the Montana State Prison expedite enrollment in the Sex Offender Program at MSP.

We wish to thank Pat Wise of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Ninth Judicial District, County of Glacier, STATE OF MONTANA, Plaintiff vs. BURDELLA MARIE AHANAKEW, Defendant.

DECISION

No. DC-86-18

The application of the above-named defendant for a review of the sentence of 25 years with 10 years suspended for Mitigated Deliberate Homicide imposed on March 4, 1987, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank John Johnston of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Third Judicial District, County of Deer Lodge, STATE OF MONTANA, Plaintiff vs. PAUL E. LEGUIN, JR., Defendant.

## DECISION

No. DC-86-01

The application of the above-named defendant for a review of the sentence of 10 years for Sexual Assault imposed on May 2, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to ten years with five years suspended

The reasons for the amendment are:

(1) The sentencing judge should have given more consideration to the Defendant for sparing the victim from the trial ordeal;

(2) This board considered the fact that the Defendant cooperated and admitted his guilt in face of what the County Attorney admitted what was a very weak case; and

(3) The matter was further complicated by the fact that two judges were involved, one by taking the Plea, and one by imposing the Sentence.

We wish to thank Amy Guth of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 12th day of November, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas C. Honzel, Douglas Harkin, Judges.

From: The District Court of the Fourth Judicial District, County of Mineral, STATE OF MONTANA, Plaintiff vs. TERRY LEE BROWN, Defendant.

## DECISION

No. DC-C-529